IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIVER ASSETS, LLC ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:23-cv-106-TFM-C |
| ) | |
| KNIGHT TOWING, LLC, ) | |
| U.S. SPECIALTY INSURANCE ) | |
| COMPANY and CULL, LLC. ) | |
| ) | |
|     Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

On January 11, 2024, the Magistrate Judge entered a Report and Recommendation which recommends that the motion to dismiss filed by Continental Underwriters, Ltd., LLC ("CULL") and partial motion to dismiss filed by US Specialty Insurance Company be granted. *See* Doc. 66. No objections were filed and the time frame has passed.

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation (Doc. 66) is **ADOPTED** as the opinion of this Court. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the motions to dismiss (Docs. 21, 22) are **GRANTED**.

Accordingly, the following claims are **DISMISSED**:

1. All Plaintiff's claims asserted against CULL which dismisses CULL as a defendant from this action.

2. Plaintiff's claims against U.S. Specialty for breach of the subject P&I policy or for alleged bad faith conduct with respect to the P&I policy.

3. Plaintiff's claims for negligent or wrongful claims handling against U.S. Specialty with respect to either the subject P&I policy or the subject Hull policy.

**DONE** and **ORDERED** this 29th day of January, 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE