IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RIVER ASSETS, LLC | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. |
| KNIGHT TOWING, LLC, | § | 1:23-cv-00106-TFM-C |
| U.S. SPECIALTY INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT REQUEST FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff River Assets, LLC ("Plaintiff") and Defendant U.S. Specialty Insurance Co. ("USSIC"), pursuant to Federal Rules of Civil Procedure, Rule 41, and hereby stipulate to and jointly request the dismissal, WITH PREJUDICE, of all currently pending claims asserted by Plaintiff against USSIC in the above-styled lawsuit. Each party to bear its own costs and attorneys' fees. These parties, having settled the currently pending claims against USSIC and there being no just reason for delay, request that the dismissal of such claims be deemed a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Plaintiff's claims against Defendant Knight Towing LLC remain pending and any claims that Plaintiff may have in the future against Knight Towing's insurers, including USSIC in its capacity as Knight Towing's P&I insurer, are reserved. A proposed Order is being filed herewith.

    /s/ George J. Nalley, Jr. [with permission]
GEORGE J. NALLEY,, JR.
*Attorney for Plaintiff River Assets LLC*

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Phone: (504) 595-3000
Fax: (504) 522-2121
gnalley@mblb.com

                                          */s/ Douglas W. Fink [with permission]*
                                          DOUGLAS W. FINK
                                          HENRY T. MORRISSETTE
                                          *Attorneys for Defendant*
                                          *U.S. Specialty Insurance Co.*

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375
dfink@handfirm.com
hmorrissette@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Attorneys for Plaintiff, River Assets, LLC
George J. Nalley, Jr., Esquire
Andrew J. Miner, Esquire
MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
    gnalley@mblb.com
    aminer@mblb.com

Attorney for Knight Towing, LLC
Brian P. McCarthy, Esquire                            John A. O'Donnell, Sr. Esquire
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.    MARWEDEL, MINICHELLO & REEB, PC
Post Office Box 350                                      303 West Madison Street, Suite 1100
Mobile, Alabama 36601                                  Chicago, Illinois 60606
    bmccarthy@mcdowellknight.com                    jodonnellsr@mmr-law.com

                                            */s/George Nalley*

11544585